# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00308(1)-DAE |
| | § | |
| (1) Jonathan Estibenz Batz-Velasquez | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 22, 2026, wherein the defendant Batz-Velasquez waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Batz-Velasquez to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Batz-Velasquez's plea of guilty to Count One is accepted.

Signed this 25th day of June, 2026.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE